IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Vance Washington**         :         CHAPTER: 13
      **Bernice Washington**     :
                               :
DEBTOR                  :         Bankruptcy No: **10-15227**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation filed on **November 19, 2010 @ docket no#: 38.**

Dated: December 17, 2010                    Respectfully Submitted,

                                                      **\s\ Michael D. Sayles**
                                                      Michael D. Sayles
                                                      Attorney for Debtor
                                                      427 W. Cheltenham Avenue
                                                      Elkins Park, PA  19027
                                                      215-635-2270 (phone)
                                                      215-635-7508 (fax)